[No. 16508-6-III.   Division Three.   October 14, 1997.]

PAMELA J. JOHNSON, *Appellant,* v. CENTRAL
WASHINGTON CATARACT & GLAUCOMA SURGICAL
CENTER, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 96-2-00224-0, Robert N. Hackett, J.,
entered March 14, 1997. *Affirmed* by unpublished opinion
per Thompson, J. Pro Tem., concurred in by Schultheis,
A.C.J., and Kurtz, J.

[No. 15611-7-III.   Division Three.   October 16, 1997.]

MARGARET G. DOBBINS, *Respondent,* v. JOSE LUIS
MENDOZA, *Defendant,* MONA DEJESUS MENDOZA,
*Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 93-2-02079-1, Heather K. Van Nuys,
J., entered March 15, 1996. *Reversed* by unpublished
opinion per Schultheis, A.C.J., concurred in by Brown, J.,
and Thompson, J. Pro Tem. Now published at 88 Wn. App.
862.

[No. 16179-0-III.   Division Three.   October 16, 1997.]

RICHARD OWEN, *Appellant,* v. DAVID D. IVESON, ET
AL., *Appellants,* CHARLES COX, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 93-2-50289-6, Philip Michael Raekes, J.,
entered September 26, 1996. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Schultheis, A.C.J.,
and Brown, J.

[No. 21056-8-II.   Division Two.   October 17, 1997.]

*In the Matter of the Marriage of* OLE CHRISTENSEN,
*Appellant,* and MARY ANN CHRISTENSEN, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 94-3-00944-1, Robert L. Harris, J., entered
July 26, 1996. *Affirmed* by unpublished opinion per Hough-
ton, C.J., concurred in by Bridgewater and Hunt, JJ.